\*\*E-filed 3/20/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **FREDERICK VINCENT THIECKE,** | C-06-0161 JF  (PR) |
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER |
| **SCOTT M. KERNAN, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that respondent's application to file an oversized brief is granted.

Dated:   3/20/06

_____
JEREMY FOGEL
United States District Court

40083228.wpd
SF2006400260

[Proposed Order], *Thiecke v. Kernan*, C 06-0161 JF (PR)

1