\*\*E-filed 7/12/06\*\*

DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorneys for Petitioner
FREDERICK VINCENT THIECKE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK VINCENT THIECKE,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT M. KERNAN, Warden, California Department of Corrections, California State Prison - Sacramento,<br><br>Respondent. | No. C-06-0161 JF (PR)<br><br>**MOTION FOR LEAVE TO FILE OVERSIZE BRIEF; DECLARATION OF COUNSEL** |

Petitioner FREDERICK VINCENT THIECKE, by and through his undersigned counsel, hereby moves to file an oversize traverse/memorandum. In support of that motion, Dennis P. Riordan declares under penalty of perjury as follows:

1. I am counsel for petitioner Thiecke.

2. Today I have lodged a traverse and supporting memorandum of some 33 pages. The state's answer consisted of 38 pages.

3. The pending petition raises four distinct claims, each of which is fact intensive, drawing on a record of more that 2000 pages.

4. I believe that a full discussion of the factual and legal claims presented, in response to the state's Answer, requires a brief of greater length than the 25 pages permitted by

1

1  local rule Civ. LR 7-4(b).

2  Executed this 21st day of June, 2006, at San Francisco, California.

4                 /s/
5                 Dennis P. Riordan

6  IT IS SO ORDERED.
7   7/12/06         JUDGE JEREMY FOGEL, US DISTRICT COURT

**PROOF OF SERVICE**

**Re: <u>Thiecke v. Kernan</u> No. C 06-0161 JF**

I am a citizen of the United States; my business address is 523 Octavia Street, San Francisco, California 94102. I am employed in the City and County of San Francisco, where this mailing occurs; I am over the age of eighteen years and not a party to the within cause. I served the within:

**MOTION FOR LEAVE TO FILE OVERSIZE BRIEF;
DECLARATION OF COUNSEL**

on the following person(s) on the date set forth below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as follows:

| | |
|---|---|
| **John H. Diest**<br>**Deputy Attorney General**<br>455 Golden Gate Avenue, Room 11000<br>San Francisco, CA 94102 | **Frederick Thiecke**<br>No. T-43962; C-7-204<br>CSP Sacramento<br>P.O. Box 290066<br>Represa, CA 95671 |

[x]   **BY MAIL:** By depositing said envelope, with postage thereon fully prepaid, in the United States mail in San Francisco, California, addressed to said party(ies);

[ ]   **BY PERSONAL SERVICE:** By causing said envelope to be personally served on said party(ies), as follows:   **[ ] FEDEX**   **[ ] HAND DELIVERY**

I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2006, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Jocilene Yue