**E-Filed 10/15/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK VINCENT THIECKE,<br><br>Petitioner,<br><br>v.<br><br>SCOTT M. KERNAN, Warden, California Department of Corrections, California State Prison - Sacramento,<br><br>Respondent. | Case Number 05:06-cv-0161 JF/HRL<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability will be denied.

DATED: 10/15/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 05:06-cv-0161 JF/HRL
ORDER DENYING CERTIFICATE OF APPEALABILITY
(JFLC3)